UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81614-MIDDLEBROOKS

DANIEL LUGO,

    Plaintiff,

v.

OCEAN TREASURE COURTYARD, LLC

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through his undersigned counsel, hereby informs the Court that this matter has been resolved.

    s/Drew M. Levitt
    DREW M. LEVITT
    Florida Bar No. 782246
    drewmlevitt@gmail.com
    LEE D. SARKIN
    Florida Bar No. 962848
    lsarkin@aol.com
    4700 N.W. Boca Raton Boulevard
    Suite 302
    Boca Raton, Florida 33431
    Telephone (561) 994-6922
    Attorneys for Plaintiff