UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL LUGO,

    Plaintiff,

vs.                                      Case No. 22-cv-81614-MIDDLEBROOKS

OCEAN TREASURE COURTYARD, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through his undersigned counsel, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 9th day of December, 2022.

                                                    s/Lee D. Sarkin
                                                    LEE D. SARKIN, ESQ.
                                                    Attorney For Plaintiff
                                                    Florida Bar No. 962848
                                                    E-mail: LSarkin@aol.com
                                                    4700 NW Boca Raton Blvd.
                                                    Suite 302
                                                    Boca Raton, Florida 33431
                                                    Telephone (561) 994-3622